# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-07858-DDP-KS | Date | July 28, 2021 |
|---|---|---|---|
| Title | Janet Allison v. Princess Criuse Lines, Ltd. | | |

| Present: The Honorable | DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Patricia Gomez | Not Applicable |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**     (IN CHAMBERS ) ORDER

In light of the Notice of Settlement filed July 20, 2021, the Court sets a hearing on Order to Show Cause Re Dismissal for September 27, 2021 at 10:00 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar, all pending dates will be vacated and no appearance is needed.

00 : 00

Initials of Preparer     PG